# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                         **Case No.: 8:05-cr-144-JDW-TGW**

**BENJAMIN CHARLES ACKERMAN, JR.**
_____ /

## NOTICE OF FILING LETTERS OF SUPPORT AND OTHER SUPPORTING DOCUMENTATION FOR FINAL REVOCATION HEARING

Defendant Benjamin Charles Ackerman, Jr., by through undersigned counsel, files the following letters of support and documentation for this Court's review in advance of the April 23, 2024, hearing:

Exhibit 1:  Proof of Outpatient treatment at Cove Behavioral Health

Exhibit 2:  Letter of Support from former employer, Gabino Diaz III

Exhibit 3:  Letter of Support from Nikita Ackerman (Mr. Ackerman's daughter)

Exhibit 4:  Letter of Support from Landa Savage (Mr. Ackerman's sister)

Exhibit 5:  Letter of Support from current employer, Leonard Washington

DATED this 19th day of April 2024.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

1

*/s/ Regine Etienne*
Regine Etienne, Esq.
Assistant Federal Defender
Florida Bar No. 123537
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: regine_etienne@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of April 2024, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Merrilyn Hoenemeyer, AUSA

*/s/ Regine Etienne*
Regine Etienne, Esq.
Assistant Federal Defender

3