EXTERNAL SENDER

