To whom it may concern:

My name is Gabino Diaz III at 2103 W. Idlewild Ave. Tampa, Fl. 33603. (727-678-6882)

I am writing this letter on the behalf of Mr. Benjamin Akerman

I would like start off by saying i have had the absolute pleasure of knowing Mr. Akerman for approximately 4 years from the time he started his employment at Red Cap Plumbing and Air of Tampa, Fl.

Mr. Akerman was an entry level pluming apprentice when we met and i was given the opportunity to mentor him and teach him just about everything he has learned and skills acquired in his time under my guidance.

It was an absolute pleasure to be able to mentor Benjamin, He has an absolute ability to be successful in any endeavor or trade that he pursues in the future.  His will to learn and absorb information and understand what he is being taught is second to none.

During the time i spent with Mr. Akerman we became very close friends and remain very close friends to this day as well as more or less family on both sides of our families as a whole.

Benjamin is an absolute asset and very muched loved and cherished by his family as well as mine, Plus is the prominent and consistent care taker of his elderly father and family alike.

Mr.Akerman is NOT in any way or form a danger or threat to our society and communities.

I have personally witnessed the changes and improvements in his life since i have known him. His will and determination to further inprove the quality of his life far surpasses that of most people i encounter on a daily basis.

My son Gabino Diaz IV "Recently deceased"was also very close friends with Benjamiin and his family and upon his passing Benjamin was there for our family throughout the grieving and final arrangements.

I would like to express my understanding that anyone can find themselves with struggles in there lives including Mr. Akerman and i would like the courts to know that he has a solid support system in my self and family included and i would absolutely be willing to provide the proper support he needs in his life to ensure he remains on a successful and positive place in his world.

Please feel free to reach out to me at any time if there are further questions Regarding this matter and be assured that i will remain a solid figure in his world and do my best to make sure he gets through even the toughest of times.

Sincerely,
Gabino Diaz III