Nikita Ackerman,
11801 Acorn woods terrace
Lakewood Ranch Florida,

April 11, 2024

Dear honorable Judge I Nikita Ackerman inquire that the state allow my dad Benjamin Ackerman another chance at being out of jail.

His occupancy is very important to myself my children and my family. He helps myself, and my family in so many ways possible.

He has rather been the best dad a woman could ask for. Which is why I'm more than happy to write this letter regarding this matter.

I understand the seriousness of this matter, however hope the court will show some leniency.

My dad  has always been an upright character in our community towards all his peers. Very supportive financial, physically and emotionally, he's a great listener, gives great advice, wise, very, and very dependable in so many ways.

I have already lost 15 years of my dad's presence in the system. So I am kindly asking your honor to please honor him another chance from his relapse.  In addition, to him being my dad, supporter, and my best friend he is an upstanding person to the community.

Thus resulting of this case to hear of this misconduct. I believe that as we move forward he will continue to become a better person as he has over all of these years.

Despite the current case I believe my dad Benjamin Ackerman to be an honorable individual a valued member of the community friends ,and family and a good human being.

Sincerely,

Nikita Ackerman