Dear Your Honor, I am writing a letter in support for my Brother Benjamin C. Ackerman Jr. whom I have known for the duration of his entire existence. On behalf of my fellow brother I have watched his life grow from a brother boy to a man from a brother man to a husband and a wonderful brother grandfather and a hard working brother gentleman. I have had to watch Benjamin do this with all his will of understanding how he has had to do this task behind bars of the Federal system who has taken   More of his life than he has gotten to live. Your honor this is a honor to be in this position to speak on behalf of Benjamin, I am the oldest sister and we also suffered this;his past division. Your honor he has come so far to become the best version of himself and deserves to continue to live with in peace. My brother has become a great friend dedicated worker in his perfection a great person who has always been the most humble man I know. Who loves the lord our saviors with all respect. He deserves the best in every aspect of his life and deserves to live with his family in peace along with his friends. I have not seen him in his entire lifetime be ungrateful for any love that has been given and he has given love to others in his personal live and in his career. He is career minded and I cannot say enough how much he has achieved in the system and out of the system. I'm not saying that he's perfect in terms of what we need however I'm saying he needs a better shot at being better and I am willing to take a chance on him being better. Please don't let him go away from family,himself, and friends I know he can be lost in the misfortune that can happen and he has suffered along the way and continues to suffer from the system that misrepresents him as a man. Your honor I am willing to take responsibility for his actions as if we lost our Mom whom I'm grateful he had a chance to be in life out of the system to serve her his best and see her through till her end unexpectedly whom has had a lot of impact on his life. Losing her was a great suffering and loss of power in his own ways to make decisions that are very sad and very hard to be able to get through this process. Our biological father yet still lives at 76 and has watched his son become a great father and hard working man in honor for his family and his wife. Our father supports him with all of us in this difficult time. He also supports our father and every day. He has dogs 3 of them he also supports. The best thing is that we have the best interest in him doing well. I again will be there for him in support in any way I can and this is only the best thing I can do for his family and I to ask to help him with his continued education in the life of a hardworking man and allowing him comfort and peace. He deserves to be loved and respected by all his freedom to have and hold in justice of peace. A letter is a small amount to do I will come stand for his freedom and take accountability to say under oath I am very sorry for his actions if he has offended anyone please give him the opportunity for the best version of himself freed. He is very sorry and I have watched his life again in fear of losing his confidence in his decisions but I know he will has gotten better and I am asking for your support in this time to help him be better than he has shown in this situation and allow him justice and another day of better things to come. Thank you Your Honor for your time and patience in this matter and for all the support you give Thank you! I love my brother with all my soul. He has always love me. Never will I stop. Landa Savage