WASHINGTON ELECTRICAL SERVICES, INC.

EC13006117
14743 1ST AVE E
BRADENTON FL, 34212
PH:941-962-8365
EM: washingtonelect@gmail.com
FAX: 941-714-7827

4/18/24

ADDRESSOR:  HONORABLE JUDGE WHITAMORE

To whom it may concern, BENJAMIN ACKERMAN has been a part- time employee, since MAY 2023.

We have not had any issues with his behavior or complaints from our customers or his co- workers. Over the years we have given other men the same opportunity, given his past legal history as well as others.

The construction industry has possibly given these men a better chance to reacclimate to life in secular society because of the isolated projects and atmosphere. Obviously he as well as a few other of my employees has to continue this journey of education, training and commitment, to complete a successful rehabilitation in their lives.

WASHINGTON ELECTRICAL SERIVCE gives individuals the opportunity to better themselves, however they are ultimately responsible for their success.

We have faith that BENJAMIN will be successful on his journey. It's a long road ahead however so far he has taken his first steps towards doing that.

If you have any questions or concerns, please contact me at the above numbers...

Sincerely

Leonard Washington C/O