**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:05-cr-144-JDW-TGW | **DATE:** | April 23, 2024 |
| **HONORABLE JAMES D. WHITTEMORE** | | **INTERPRETER:** | N/A |
| **UNITED STATES OF AMERICA** v. **BENJAMIN CHARLES ACKERMAN, JR.** | | **LANGUAGE:** | |
| | | **GOVERNMENT'S COUNSEL:** Merrilyn Hoenemeyer, AUSA | |
| | | **DEFENSE COUNSEL:** Regine Etienne, AFPD | |
| **COURT REPORTER:** Susie Cayler | | **PROBATION:** Charles Barrow | |
| **TIME:** 11:23 AM – 11:47 AM | | **TOTAL**: 24 minutes | |
| **DEPUTY CLERK:** Kristin Carreon | | **COURTROOM:** 17 | |

**PROCEEDINGS:  FINAL REVOCATION OF SUPERVISED RELEASE HEARING**

Court in session and counsel identified for the record. Defendant is present with counsel. Defendant sworn.

Defendant admitted to violation of charge numbers one and two as alleged in the petition for revocation.

Court finds Defendant has freely, voluntarily, knowingly and intelligently admitted his guilt to charge numbers one and two.

Statements made by counsel. Statements made by Defendant.

The guidelines are as follows:
 C is the Highest Grade violation, and
 VI is the original Criminal History Category, which calls for
 8 to 14 months imprisonment, and
 5 years is the Maximum Statutory penalty, and
 5 years is the Maximum Statutory term of Supervised Release.

**Defendant is continued on his current term of Supervised Release.**

Mandatory and standard conditions of supervised release apply.

    Special condition(s) of Supervised Release:

1.  All previously imposed mandatory and special conditions of supervised release contained in the original judgment (Dkt. 105) remain in full force and effect.

2.  Defendant shall participate in, and successfully complete, the outpatient substance abuse treatment program at Cove Behavioral Health.

Defendant advised of right to appeal and to counsel on appeal.

Court adjourned.