UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                             CASE NO: 8:05-cr-144-JDW-TGW

BENJAMIN CHARLES ACKERMAN, JR.

_____

## ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE

THIS CAUSE came before the Court on this 23rd day of April 2024, on a Petition for Revocation of Supervised Release. The Defendant, Benjamin Charles Ackerman, Jr., represented by Counsel, admitted to violating conditions One and Two of the terms and conditions of his supervised release.

Based on Defendant's admission to the allegations in the Petition for Revocation of Supervised Release, it is, therefore, **ORDERED AND ADJUDGED**:

1.   Defendant is continued on his current term of supervised release.

2.   All previously imposed special conditions of supervised release contained in the original judgment (Dkt. 105) remain in full force and effect as well as the additional conditions listed below:

   a. Defendant shall participate in, and successfully complete, the outpatient substance abuse treatment program at Cove Behavioral Health.

**DONE AND ORDERED** at Tampa, Florida this 23rd day of April, 2024.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:
-U.S. Attorney's Office
-Defense Counsel
-U.S. Marshal
-U.S. Probation