UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                     CASE NO. 8:05-cr-144-JDW-TGW

BENJAMIN CHARLES ACKERMAN, et al.

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorneys Kaitlin R. O'Donnell, David C. Waterman, and Merrilyn E. Hoenemeyer.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Samantha E. Beckman*
      Samantha E. Beckman
      Assistant United States Attorney
      Florida Bar No. 102533
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Samantha.Beckman@usdoj.gov

**U.S. v. Ackerman, et al.**                           **Case No. 8:05-cr-144-JDW-TGW**

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to the following:

Counsel of Record

By:   */s/ Samantha E. Beckman*
      Samantha E. Beckman
      Assistant United States Attorney
      Florida Bar No. 102533
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Samantha.Beckman@usdoj.gov

2