**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                   Case No. 8:05-cr-144-JDW-TGW

BENJAMIN CHARLES
ACKERMAN JR.,

    Defendant.

_____/

## **DETENTION ORDER**

The defendant's initial appearance occurred today on a petition alleging that the defendant violated conditions of his supervised release. Under Rule 32.1(a)(6), Federal Rules of Criminal Procedure, the defendant must establish "by clear and convincing evidence that [the defendant] will not flee or pose a danger to any other person or to the community[.]" 18 U.S.C. § 3143(a)(1). Clear and convincing evidence is "proof that a claim is highly probable." *Nejad v. Attorney General*, 830 F.3d 1280, 1289 (11th Cir. 2016); *United States v. Smith*, 337 F.R.D. 366, 370 (N.D. Fla. 2020). The standard means proof greater than a preponderance of the evidence but less than beyond a reasonable doubt. *Smith*, 337 F.R.D. at 370.

The defendant sought a conditional release pending his final hearing. However, for the reasons stated at the hearing, because he failed to establish by clear and convincing evidence that he poses no danger to any other person or to the

community, I cannot release the defendant under Section 3143(a)(1). Accordingly, I

order the defendant **DETAINED** pending a final hearing.

      **ORDERED** this 12th day of January, 2026.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge