AO 442 (Rev. 11/11) Arrest Warrant

JAN 13 2026 PM4:03
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
### for the

Middle    District of    Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.    8:05-cr-144-JDW-TGW |
| | ) | |
| | ) | |
| | ) | |
| Benjamin Charles Ackerman Jr. | ) | |
| *Defendant* | | |

RCVD USMS M/FL TAMPA
2024 OCT 4 AM 10:36

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Benjamin Charles Ackerman Jr.                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☒ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date:   OCT - 4 2024

_Alejandro Castillo_
*Issuing officer's signature*

City and state:    Tampa, FL

Elizabeth Warren Clerk of Court
*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)*   10/4/2024   , and the person was arrested on *(date)*   1/2/2026
at *(city and state)*   TAMPA, FL  FOR DEA   .

Date:   1/2/2026

_Nick Cien_
*Arresting officer's signature*

MICHAEL CONNELL   DUSM
*Printed name and title*