**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                    **Case No. 8:05-CR-00144-MSS-TGW**

**BENJAMIN ACKERMAN**
_____/

**UNOPPOSED MOTION FOR CONTINUANCE**
**OF VIOLATION OF SUPERVISED RELEASE HEARING**
**SET FOR FEBRUARY 4, 2026**

COMES NOW, the Defendant, BENJAMIN ACKERMAN, through undersigned counsel and pursuant to 18 U.S.C. §3161(h)(8) and Local Rule 3.08 and moves this Honorable Court for its Order continuing the violation of supervised release hearing in this cause scheduled on February 4, 2026. As grounds in support thereof, Mr. Ackerman shows:

1.     Mr. Ackerman faces two open federal cases: a violation of supervised release in the above-styled case number and a complaint in case number 8:26-mj-01052-LSG.

2.     The criminal complaint alleges that Mr. Ackerman possessed with intent to distribute a controlled substance pursuant to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). As of today's date, the government has not indicted Mr. Ackerman on that charge. Mr. Ackerman has not received full discovery on the criminal

complaint, since it has not been indicted.

3.     Additionally, the AUSA represents that an amended violation of supervised release is forthcoming, but has not yet been generated.

4.     The government agrees that justice would best be served by continuing Mr. Ackerman's violation of supervised release until the new law violation of alleged possession with intent to distribute is indicted (or not) and resolved in some manner.

5.     For the above-stated reasons, Mr. Ackerman respectfully requests that his case be continued from the February 2026 violation of supervised release hearing date and placed on a June hearing date.

6.     Undersigned counsel has communicated with Assistant United States Attorney Samantha Beckman, who represents the Government in this case, and she has advised the Government has no objection to the relief requested.

## MEMORANDUM OF LAW

Local Rule 3.08 provides that a continuance may be allowed by order of the Court for good cause shown. Good cause has been shown for the granting of the requested continuance. Moreover, Mr. Ackerman is not entitled to a speedy trial on his violation of supervised release hearing.

WHEREFORE, good cause having been shown, the Defendant, BENJAMIN ACKERMAN, respectfully moves for a continuance of the hearing for the above-

stated reasons and requests the case be re-set for a June hearing date.

DATED this 28th day of January 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, Esq.
FEDERAL DEFENDER

*/s/Jessica Casciola*
Jessica Casciola, Esq.
Florida Bar No. 40829
Assistant Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email:   jessica_casciola@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Samantha Beckman

*/s/ Jessica Casciola*
Jessica Casciola, Esq.
Assistant Federal Defender

3