**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                  **CASE NO: 8:05-cr-144-MSS-TGW**

**BENJAMIN CHARLES**
**ACKERMAN, JR.**

---

**ORDER**

THIS CAUSE is before the Court on the Defendant's Unopposed Motion to Continue Final Revocation Hearing. (Dkt. 222) The Defendant is requesting that the final revocation hearing, which is presently scheduled for February 4, 2026, be continued to June, to allow time for Defendant to be Indicted in case 8:26-mj-1052-LSG. The Defense has not yet received any discovery in the other pending case.

Accordingly, it is **ORDERED** as follows:

1.   The Defendant's Motion to Continue Final Revocation Hearing is hereby **GRANTED**.

2.   The Final Revocation Hearing in this case is rescheduled to **June 3, 2026 at 9:30 AM.** Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

**DONE and ORDERED** in Tampa, Florida, this 30th day of January 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies to:    Counsel of Record
U.S. Marshal Service
U.S. Probation Office
U.S. Pretrial